UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

E-YAGE BOWENS,

    Petitioner,

v.                                              Case No. 3:23cv7353-LC-HTC

DUNS TRUSTEE #004078374,

    Respondent.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on April 5, 2023 (ECF No. 3), recommending dismissal of the Petition as frivolous. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2. The Petition (ECF Doc. 1) is DISMISSED WITH PREJUDICE under Rules Governing § 2254 Cases, Rule 4.

3. The clerk shall close the file.

**DONE AND ORDERED** this 28th day of April, 2023.

          *s/L.A. Collier*
          **LACEY A. COLLIER**
          **SENIOR UNITED STATES DISTRICT JUDGE**